UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA M. BERMAN,

        *Plaintiff,*

-against-

TYCO INTERNATIONAL LTD.
a Bermuda corporation, and
TYCO INTERNATIONAL (US) INC.
A Nevada corporation,

        *Defendants.*

Civ. No.: 08-CV-00043 (DAB)

Removed from New York
Supreme Court, County of
New York
Index Number: 07/604049

### Rule 7.1 Corporate Disclosure Statement

Defendants Tyco International Ltd. and Tyco International (US) Inc., hereby disclose the following information pursuant to Fed. R. Civ. P. 7.1:

(1) Tyco International Ltd. is a publicly held corporation.

(2) Tyco International (US) Inc. is a wholly-owned subsidiary of Tyco Electronics, Inc.

Dated: New York, New York
      January 10, 2008

                                        Respectfully submitted,

                                        BEVERIDGE & DIAMOND, P.C.

                                        By: _____/s/ John H. Kazanjian_____
                                        John H. Kazanjian (JK 6372)
                                        Zackary D. Knaub (ZK 7830)
                                        477 Madison Avenue, 15th Floor
                                        New York, NY 10022-5802
                                        (212) 702-5400
                                        (212) 702-5450 (fax)

                                        Attorneys for Defendants Tyco International Ltd.
                                        and Tyco International (US) Inc.