UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA M. BERMAN,

    *Plaintiff*

-against-

TYCO INTERNATIONAL LTD.
a Bermuda corporation, and
TYCO INTERNATIONAL (US) INC.
A Nevada corporation,

    *Defendants.*

Civ. No.: 08-CV-00043 (DAB)

Removed from New York
Supreme Court, County of
New York
Index Number: 07/604049

## Certificate of Service

I, Zackary D. Knaub, Esq., hereby certify that a true and correct copy of Defendants' Verified Answer and Affirmative Defenses was served on the 10th day of January 2008, on the following counsel to Plaintiff Joshua M. Berman via United States mail:

David B. Wechsler
Kim Lauren Michael
Wechsler & Cohen, LLP
17 State Street, 15th Floor
New York, New York  10004
Tel. 212-847-7900
*Attorneys for Plaintiff Joshua M. Berman*

                                          Zackary D. Knaub, Esq. (ZK 7830)