WECHSLER & COHEN, LLP
David B. Wechsler (DW 6116)
Kim Lauren Michael (KM 5666)
17 State Street – 15th Floor
New York, NY 10004
(212) 847-7900
Attorneys for Plaintiff Joshua A. Berman

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOSHUA M. BERMAN,

               Plaintiff,     08-CV-00043 (DAB)

    - against -

                              NOTICE OF APPEARANCE

TYCO INTERNATIONAL LTD.,
a Bermuda corporation, and
TYCO INTERNATIONAL (US) INC.,
a Nevada corporation,

              Defendants.
------------------------------------X

    Please take notice that Wechsler & Cohen, LLP hereby appears as counsel of record for plaintiff Joshua A. Berman.

Dated: New York, New York
      January 18, 2008

                                            WECHSLER & COHEN LLP

                                            By: _____
                                            David B. Wechsler (DW 6116)
                                            Kim Lauren Michael (KM 5666)
                                            17 State Street – 15th Floor
                                            New York, NY 10004
                                            (212) 847-7900