UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSHUA M. BERMAN,           :    Case No. 08-CV-00043 (DAB)
                            :
                Plaintiff,   :
                            :
v.                          :    **NOTICE OF JURY DEMAND**
                            :
TYCO INTERNATIONAL LTD.,    :
a Bermuda corporation, and  :
TYCO INTERNATIONAL (US) INC.,:
a Nevada corporation,       :
                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Federal Rules of Civil Procedure 38(b) and 81(c) and New York Civil Practice Law and Rules § 4102, Plaintiff hereby requests a trial by jury.

Dated: New York, New York
       January 23, 2008

                                    WECHSLER & COHEN, LLP
                                    *Attorneys for Plaintiff*

                                    By: _____
                                        David B. Wechsler (DW 6116)
                                        Kim Lauren Michael (KM 5666)
                                    17 State Street, 15th Floor
                                    New York, New York 10004
                                    (212) 847-7900

Index No. 08-CV-00043 (DAB)    Year 2008    RJI No.           Hon.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA M. BERMAN,

*Plaintiffs,*

-against-

TYCO INTERNATIONAL LTD.,
a Bermuda corporation, and
TYCO INTERNATIONAL (US) INC.,
A Nevada corporation

*Defendants.*

NOTICE OF JURY DEMAND

WECHSLER & COHEN, LLP
*Attorneys for*  *Plaintiff JOSHUA M. BERMAN*
*Office and Post Office Address, Telephone*

17 State Street - 15th Floor
New York, New York 10004
Telephone : (212) 847-7900

To                                                          Signature (Rule 130-1.1-a)

                                                            Print name beneath KIM L. MICHAEL

Attorney(s) for

Service of a copy of the within                                          is hereby admitted.

Dated,

                                                            Attorney(s) for

Please take notice
☐ NOTICE OF ENTRY
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on
☐ NOTICE OF SETTLEMENT
that an order                         of which the within is a true copy will be presented for
settlement to the HON                                                  one of the judges
of the within named court, at.
on                          at             M

Dated,
                                                            Yours, etc.
                                                            WECHSLER & COHEN, LLP
                                                            *Attorneys for*
To
                                                            *Office and Post Office Address*
Attorney(s) for
                                                            17 State Street - 15th Floor
                                                            New York, New York 10004