UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :

JOSHUA M. BERMAN,                   :     Case No. 08-CV-00043 (DAB)
                                 :
                  Plaintiff,   :
                                 :
           v.                 :     **STATEMENT PURSUANT**
                               :     **TO LOCAL CIVIL RULE 81.1**
TYCO INTERNATIONAL LTD.,    :
a Bermuda corporation, and      :
TYCO INTERNATIONAL (US) INC.,  :
a Nevada corporation,         :
                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Local Civil Rule of the United States District Courts for the Southern and Eastern Districts of New York 81.1(a), Plaintiff, through his counsel, hereby responds to Defendants' Notice of Removal To United States District Court and represents:

1.    Plaintiff is a citizen of the United States.

2.    Plaintiff is domiciled at Residence Alexandra, La Frasse, 1660 Chateau-d'Oex, Switzerland.

3.    Plaintiff is not a citizen of the State of New York.

4.    By reason of the foregoing, plaintiff believes there is no diversity of citizenship jurisdiction pursuant to 28 U.S.C. § 1332(a).

5.    Plaintiff acknowledges that there is at present federal question jurisdiction pursuant to 28 U.S.C. § 1331.

6.    Due to the present existence of federal question jurisdiction, plaintiff does not

contest the removal of this action to the United States District Court.

Dated: New York, New York
       January 25, 2008

                                         WECHSLER & COHEN, LLP
                                         *Attorneys for Plaintiff*


                                         By:_____
                                            David B. Wechsler (DW 6116)
                                            Kim Lauren Michael (KM 5666)
                                         17 State Street, 15th Floor
                                         New York, New York 10004
                                         (212) 847-7900

- 2 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA M. BERMAN,

*Plaintiffs,*

-against-

TYCO INTERNATIONAL LTD.,
a Bermuda corporation, and
TYCO INTERNATIONAL (US) INC.,
A Nevada corporation

*Defendants.*

## STATEMENT PURSUANT TO LOCAL CIVIL RULE 81.1

**WECHSLER & COHEN, LLP**
*Attorneys for* Plaintiff JOSHUA M. BERMAN

*Office and Post Office Address, Telephone*

**17 State Street - 15th Floor**

**New York , New York 10004**
**Telephone : (212) 847- 7900**

To                                                          Signature (Rule 130-1.1-a)

Print name beneath      M L. MICHAEL

Attorney(s) for

Service of a copy of the within                              is hereby admitted.

Dated,

**Attorney(s) for**

Please take notice
☐ NOTICE OF ENTRY
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on
☐ NOTICE OF SETTLEMENT
that an order                              of which the within is a true copy will be presented for
settlement to the HON                                              one of the judges
of the within named court, at.
on                              at              M

Dated,

Yours, etc.

**WECHSLER & COHEN, LLP**
*Attorneys for*

To

*Office and Post Office Address*

Attorney(s) for

**17 State Street - 15th Floor**

**New York , New York 10004**