USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 23 08

## WECHSLER & COHEN, LLP
### Attorneys At Law
17 State Street
15th Floor
New York, New York 10004
Telephone: (212) 847-7900
Telecopier: (212) 847-7955

DAVID B. WECHSLER
Direct Dial: 212-847-7915
E-mail: dwechsler@wechco.com

April 17, 2008

APR 18 2008

*Via Federal Express*

Hon. Deborah A. Batts
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2510
New York, NY 10007

   *Re:*   ***Berman v. Tyco, Case No. 08-CV-00043 (DAB) (KNF)***

Dear Judge Batts:

   We represent Plaintiff Joshua Berman in the above-referenced case and write this letter on behalf of all parties to request a short extension of the time to submit a Civil Case Management Plan to the Court. While it has been approximately three months since defendants removed this case to this Court, the parties completed a mediation just last week in an attempt to settle the matter. No date has yet been set for a Court scheduling conference in this matter. Therefore, the parties respectfully request Your Honor's permission to file a Civil Case Management Plan by next Friday, April 25, 2008. Please let us know if you require any additional information. Thank you.

/DAB/
GRANTED
4/25/08

           Respectfully submitted,

           David B. Wechsler

DBW:klm

           **SO ORDERED**

cc:   John H. Kazanjian, Esq. (via facsimile and Federal Express)

           DEBORAH A. BATTS
           UNITED STATES DISTRICT JUDGE