UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSHUA M. BERMAN,                                    Index No. 08-CV-00043
                                                     (DAB) (KNF)
                Plaintiff,

    -against-
                                                     **AFFIDAVIT OF SERVICE**

TYCO INTERNATIONAL LTD.,
a Bermuda corporation, and
TYCO INTERNATIONAL (US) INC.,
a Nevada corporation,
                Defendants.
------------------------------------------------------------X

STATE OF NEW YORK  )
                              )ss.:
COUNTY OF NEW YORK  )

    MICHELA BUSARDO, being duly sworn, deposes and says:

    Deponent is not a party to this action, is over the age of 18 years, and resides in Brooklyn, New York. That on May 15, 2008 deponent served the within **Order to Show Cause and Declaration of David B. Wechsler in Support of Motion to Withdraw as Plaintiff's Counsel** upon:

                John H. Kazanjian, Esq.
                Beveridge & Diamond, P.C.
                477 Madison Avenue, 15th Floor
                New York, NY 10022

                Joshua M. Berman
                Kramer Levin Naftalis & Frankel LLP
                1177 Avenue of the Americas 20th Fl.
                New York, NY 10036

by depositing the same enclosed in a properly addressed wrapper directed to the said individuals at the above addresses into the exclusive care and custody of Federal Express for overnight delivery.

                                                            _____
                                                               MICHELA BUSARDO

Sworn to before me this
15th day of May 2008.

_____
NOTARY PUBLIC

                            Malaika Gordon
                NOTARY PUBLIC, STATE OF NEW YORK
                       NO. 01GO6128686
              COMMISSION EXPIRES JUNE 13, 20 09