USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/10/2008

# WECHSLER & COHEN, LLP

Attorneys At Law
17 State Street
15th Floor
New York, New York 10004
Telephone: (212) 847-7900
Telecopier: (212) 847-7955

DAVID B. WECHSLER
Direct Dial: 212-847-7915
E-mail: dwechsler@wechco.com

June 4, 2008



**Via Hand Delivery**

Hon. Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. Room 2510
New York NY 10007

Re:    *Berman v. Tyco, Case No. 08-CV-00043 (DAB) (KNF)*

Dear Judge Batts:

        We represent Plaintiff Joshua Berman in the above-referenced case.  We are pleased to inform the Court that we have worked out our differences with Mr. Berman, who has consented to our request to withdraw as his counsel.  In addition, we have spoken with counsel for Defendants who have consented to our withdrawal as well.  Both Mr. Berman and Defendants have also consented to our request for a sixty (60) day stay of the matter to allow Mr. Berman time to secure new counsel.  We therefore ask the Court to obviate the need for a motion and to "So Order" this letter.  Please let us know if Your Honor requires any additional information.

*granted
DAB
6/10/08*

Respectfully submitted,

David B. Wechsler

DBW:klm

cc:    John H. Kazanjian, Esq. (via e-mail)
        Joshua Berman, Esq. (via e-mail)

## SO ORDERED

DEBORAH A. BATTS    6/10/08
UNITED STATES DISTRICT JUDGE