✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                     DISTRICT OF                     NEW YORK

## APPEARANCE

Case Number:  08 CV 00043 (DAB)(KNF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Joshua Berman

I certify that I am admitted to practice in this court.

| 8/13/2008 | | |
|---|---|---|
| Date | Signature | |

| | | |
|---|---|---|
| Barry J. Friedberg, Trachtenberg Rodes & Fr | | BF 7337 |
| Print Name | | Bar Number |

| 545 Fifth Avenue | | |
|---|---|---|
| Address | | |

| New York, | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 972-2929 | (212) 972-7581 |
|---|---|
| Phone Number | Fax Number |